

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2016

No. 04-15-00824-CV

**IN THE GUARDIANSHIP OF GEORGE V. GARCIA, AN INCAPACITATED PERSON**,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2015PB6000016 L2
Honorable Jesus Garza, Judge Presiding

**ORDER GRANTING APPELLEES' MOTION TO RECONSIDER DENIAL OF ORAL ARGUMENT**

In light of Appellees' Motion to Reconsider Denial of Oral Argument, the Court withdraws its letter dated August 29, 2016 setting the cause for on briefs submission on October 11, 2016. The Appellees' Motion to Reconsider Denial of Oral Argument is GRANTED. The above cause is set for formal submission and oral argument before this Court on October 25, 2016, at 9:00 a.m., before a panel consisting of Justice Karen Angelini, Justice Marialyn Barnard, and Justice Rebeca C. Martinez. The court will hear oral arguments in the Webb County Commissioner's Courtroom located at:

Webb County Courthouse
1000 Houston Street, 2nd Floor
Laredo, Texas 78040

Argument is limited to twenty minutes to each side and ten minutes rebuttal for the appellant.

It is so **ORDERED** on September 20, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court